ETHEL E. CUNNINGHAM, Respondent, v. ALLAN P. CUNNINGHAM, Appellant.— Motion for stay pending appeal denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

ADRIENNE FERRAND, Respondent, v. PAUL ALEXANDER FERRAND, Appellant.— Motion for stay pending appeal granted upon condition that the appeal be brought on for argument on February fifteenth and upon the further condition that within five days from the entry of the order herein, appellant furnish a bond, with corporate surety, in the sum of $1,000, conditioned that appellant pay accrued alimony and counsel fee in the event that the order from which the appeal is taken be affirmed in whole or in part; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

FRANCES J. HERSCHKOWITZ, Appellant, v. JULIA L. SCHWARTZ and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

GEORGE P. HUNTON and HAROLD M. HUNTON, Copartners, Doing Business under the Firm Name and Style of GEORGE P. HUNTON & SON, Respondents, v. SAMUEL STEINFELD, Individually and as Executor of and Trustee under the Last Will and Testament of LEO STEINFELD, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

In the Matter of FORREST S. CHILTON, an Attorney.— Motion for reinstatement granted. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Located on the Northwesterly Side of Filmore Avenue, between Coleman and Kimball Streets, Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

In the Matter of JAMES W. HICKS, an Attorney.— Matter referred to Honorable Abel E. Blackmar, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of JOHN F. HICKS, an Attorney.— Matter referred to Honorable Abel E. Blackmar, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.